AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE
CASE NUMBER: 04-CV-115

Arcangelo Capozzolo, et al

v.

Philip A. Krim, doing business as K S Enterprises Multistrength

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss for lack of jurisdiction is granted and this case is closed.

Date: 9/22/05                                    RODNEY C. EARLY, CLERK

By: s/Deborah M. Zeeb
       Deputy Clerk